UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Yu-Ping David Oyoung, | § | |
|    *Plaintiff,* | § | |
| vs. | § | Civil Action: H-05-3000 |
| | § | |
| Texas Systems & Controls, Inc. | § | |
|    *Defendant.* | § | |

## FINAL JUDGMENT

The jury has returned its verdict in favor of the defendant on the plaintiff's age and national origin discrimination claims. Accordingly, plaintiff Yu-Ping David Oyoung shall take nothing from defendant Texas Systems & Controls, Inc.

Signed at Houston, Texas on November 16, 2006.

_____
Stephen Wm Smith
United States Magistrate Judge